**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                             Case No. 08-32587-DHW
                                  Chapter 13
JOE N. ARMSTRONG,

    Debtor.

**ORDER ALLOWING WITHDRAWAL**
**ORDER TERMINATING STAY CONDITIONALLY**

Greentree Servicing filed an objection to confirmation of the proposed chapter 13 plan.

The objection came on for hearing on February 23, 2009. The creditor withdrew the objection upon the consent of the debtor to a conditional termination of the automatic stay. Accordingly, it is

ORDERED that the objection is WITHDRAWN, and the stay is TERMINATED effective 12:00 noon on March 5, 2009 to allow Greentree Servicing to enforce its lien on the 1994 Fleetwood mobile home unless prior to the effective time the debtor (1) obtains a physical damage policy of insurance covering the property naming Greentree Servicing as loss/payee and (2) provides proof of such insurance to Greentree Servicing. It is

FURTHER ORDERED that the stay will TERMINATE without further order of the court if at any time in the future insurance on the 1994 Fleetwood mobile home lapses and is not renewed within ten days from the date the creditor files a certificate of lapse with the court.

The certificate shall be served on the debtor and the attorney for the debtor and shall contain notice that the stay will terminate pursuant to this order, without further hearing, if the debtor fails to provide proof of insurance within ten days from the filing date of the certificate. It is

FURTHER ORDERED that, if the stay terminates pursuant to this order, any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without

prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

The plan will be confirmed by separate order.

Done this 27 day of February, 2009.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
Richard D. Shinbaum, Attorney for Debtor
Leonard N. Math, Attorney for Creditor
Curtis C. Reding, Trustee