# Chambless Math    Carr

A Professional Corporation

**Mark N. Chambless**
**Leonard N. Math***
**Bernard B. Carr**
**Michael A. Griggs**
**Kristen P. Abbott**

Post Office Box 230759
Montgomery, Alabama 36123-0759
Telephone (334)272-2230
(800)311-4061
Facsimile (334)272-1955
Website: www.chamblessmath.com

Of Counsel:

E. Terry Brown
Michael E. Bybee
Kent D. McPhail

\* Also admitted to the
Illinois Bar

January 22, 2010

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Re: JOE N ARMSTRONG, Jr.
   CASE NO. 08-32587-DHW-13
   GREEN TREE SERVICING L.L.C.

Dear Sir or Madam,

     We represent the interest of GREEN TREE SERVICING L.L.C. . The creditor has deemed the stay as lifted and therefore, please reduce the balance on their arrears ECF claim no. 1 to zero and they will file a deficiency claim for any balance still owing after sale of the collateral.

     Thank you for your cooperation in this matter.

     Very Truly Yours,

     /s/Leonard N. Math
     For the Firm

lnm

**Montgomery Office** ▪ 5720 Carmichael Road ▪ Montgomery, Alabama 36117 ▪ (334) 272-2230 Voice ▪ (334) 272-1955 Facsimile
**Mobile Office** ▪ 126 Government Street ▪ Mobile, AL 36601 ▪ (251) 438-2333 Voice ▪ (251) 438-2367 Facsimile

Case 08-32587    Doc 39    Filed 01/22/10    Entered 01/22/10 18:43:21    Desc Main
Document    Page 1 of 1